**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

| | |
|---|---|
| Seretse Young, | Court File No.: 2:18-cv-02615-JAR-GEB |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT UNDER RULES 12(b)(1) AND 12(b)(6)** |
| Law Office of Amber M. Brehm, | |
| Defendant(s). | |

## **MOTION TO DISMISS**

Defendant Law Office of Amber M. Brehm ("Brehm"), by and through counsel, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves for dismissal of Plaintiff's claims against it, as alleged in Plaintiff's amended complaint [Doc. No. 9], because Plaintiff lacks Article III standing; Brehm clearly and accurately stated the "amount of the debt" in the challenged correspondence; Brehm did not "overshadow" Plaintiff's validation rights; Brehm did not misrepresent its involvement with the subject debt; and Plaintiff has failed to allege independent conduct to support a 15 U.S.C. § 1692f claim.

In support of its Motion, Brehm offers its Memorandum of Law in Support of Motion to Dismiss the Amended Complaint Under Rules 12(b)(1) and 12(b)(6), which is filed concurrently herewith.

*~SIGNATURE BLOCK FOLLOWS~*

- 2 -

                                                    **BASSFORD REMELE**  
                                                    *A Professional Association*

Dated:  January 16, 2019          By:  s/ *Michael A. Klutho*  
                                                    Michael A. Klutho (#78069)  
                                                    100 S. Fifth Street, Suite 1500  
                                                    Minneapolis, Minnesota 55402-1254  
                                                    Telephone:   612-333-3000  
                                                    Fax:  612-333-8829  
                                                    mklutho@bassford.com  
                                                    *Attorneys for Defendant Law Office of Amber M. Brehm*